# **<u>Exhibit A</u>**

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 8/13/2025 9:30 AM

FILED
6/9/2025 12:00 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L007366
Calendar, X
33062727

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FRANK WYZYKOWSKI )
)
) Case No.
)
Plaintiff, )
)
v. )
)
AMAZON.COM, INC. and YONGKANG )
XIANQQI INDUSTRY AND TRADE )
CO., LTD., )
)
Defendants. )

### COMPLAINT AT LAW

NOW COMES the Plaintiff, FRANK WYZYKOWSKI, and in support of his Complaint at Law

hereby states as follows:

### FACTS COMMON TO ALL COUNTS

1. At all times relevant, and on October 21, 2023, Plaintiff was a resident of McHenry County,

Illinois.

2. Defendant AMAZON.COM, INC. (hereinafter "AMAZON") is a worldwide seller and

distributor of products, including products sold in Cook County, Illinois, through the website

Amazon.com. AMAZON is a Delaware corporation with its principal place of business in the

State of Washington.

3. Defendant YONGKANG XIANQQI INDUSTRY AND TRADE CO., LTD. (hereinafter

"YONGKANG") is a manufacturer of consumer goods, including the ladder (hereinafter "the

Ladder" or "Ladder") that is the subject of this complaint, whose products were available for

FILED DATE: 8/9/2025 12:00 PM 2025L007366

purchase through AMAZON. Upon information and belief, YONGKANG's principal place of business is Zhejiang Province in the People's Republic of China.

4. On June 22, 2022, Plaintiff purchased the Ladder from AMAZON. The ladder was shipped via "Prime Delivery" and, on information and belief, was **not** delivered to Plaintiff directly from YONGKANG's place of business in China; rather, the Ladder was delivered to one of many "Fulfillment Centers" (warehouses) operated by AMAZON, including in Cook County, Illinois; and from the "Fulfillment Center,' delivered to Plaintiff.

5. On October 21, 2023, Plaintiff placed the Ladder adjacent to the outside of his home and climbed it to inspect a bathroom vent. As Plaintiff climbed it, the ladder collapsed, and Plaintiff fell to the ground, tearing his rotator cuff and shattering his ankle.

## COUNT I: STRICT PRODUCTS LIABILITY – AMAZON

6. Plaintiff restates and incorporates pars. 1-5, above.

7. At all relevant times, AMAZON was a seller, distributor, and/or entity otherwise in the distributive chain of the Ladder.

8. At all relevant times, AMAZON had a duty not to sell or distribute any product that was defective and/or unreasonably dangerous.

9. On and prior to October 21, 2023, the Ladder, as it was sold, delivered, distributed, and otherwise placed in the stream of commerce by AMAZON, was defective and unreasonably dangerous.

10. At all times, the Ladder was defective and unreasonably dangerous in its design, marketing, manufacturing, or assembly in one or more of the following ways:

2

FILED DATE: 6/9/2025 12:00 PM 2025L007366

a. Inadequate design of the locking system designed to keep the ladder sturdy when climbed;

b. Inherently dangerous because the height of the Ladder was much more than the ANSI standards for a telescopic ladder of a similar design;

c. Inherently unstable for its intended use, and

d. Was otherwise defective and unreasonably dangerous.

11. As a direct and proximate result of one or more of the foregoing wrongful acts or omissions, the Ladder collapsed under Plaintiff, causing him to sustain personal injury; to incur and pay medical and hospital expenses; and to be absent from his usual pursuits and occupation for a period of time.

WHEREFORE, Plaintiff, FRANK WYZYKOWSKI, demands judgment against Defendant, AMAZON, in a sum in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00) plus costs.

## COUNT II – STRICT PRODUCTS LIABILITY – YONGKANG

12. Plaintiff incorporates and restates pars. 1-5, above.

13. At all relevant times, YONGKANG was a foreign corporation doing business in Zhejiang Province, China.

14. At all relevant times, YONGKANG was a manufacturer, seller, distributor, or entity otherwise in the distributive chain of the Ladder.

15. At all relevant times, YONGKANG intentionally placed and sold products into the State of Illinois for use in the State of Illinois, including in Cook County, Illinois.

3

16. At all relevant times, YONGKANG had a duty not to sell or distribute any product that was defective and/or unreasonably dangerous.

17. On and prior to October 21, 2023, YONGKANG intentionally sold and delivered the Ladder to AMAZON for distribution to Plaintiff.

18. On and prior to October 21, 2023, the Ladder, as it was sold, delivered, distributed, and otherwise placed in the stream of commerce by YONGKANG, was defective and unreasonably dangerous.

19. At all times, the Ladder was defective and unreasonably dangerous in its design, marketing, manufacturing, or assembly in one or more of the following ways:

   a. Inadequate design of the locking system designed to keep the ladder sturdy when climbed;

   b. Inherently dangerous because the height of the Ladder was much more than the ANSI standards for a telescopic ladder of a similar design;

   c. Inherently unstable for its intended use, and

   d. Was otherwise defective and unreasonably dangerous.

20. As a direct and proximate result of one or more of the foregoing wrongful acts or omissions, the Ladder collapsed under Plaintiff, causing him to sustain personal injury; to incur and pay medical and hospital expenses; and to be absent from his usual pursuits and occupation for a period of time.

WHEREFORE, Plaintiff, FRANK WYZYKOWSKI, demands judgment against Defendant, YONGKANG XIANQQI INDUSTRY AND TRADE CO., LTD., in a sum in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00) plus costs.

4

Respectfully submitted by,

/s/: *Christopher Hoffman*
Attorney for Plaintiff

Christopher Hoffman #60565
COSTA IVONE, LLC
Attorneys for Plaintiffs
311 N. Aberdeen, #100B
Chicago, IL 60607
(708) 400-0000
choffman@costaivone.com

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

FRANK WYZYKOWSKI              )

                                    )     Case No.

                                    )

        Plaintiff,            )

                                    )

v.                                )

                                    )

AMAZON.COM, INC. and YONGKANG   )

XIANQQI INDUSTRY AND TRADE     )

CO., LTD.,                       )

                                    )

        Defendants.         )

Pursuant to Supreme Court Rule 222 (B), I. Christopher Hoffman, state that the total of money damages sought in the above-captioned case does exceed Fifty Thousand and 00/100 ($50,000.00) Dollars.

                                       Respectfully submitted,

                                       /s/: Christopher Hoffman

                                       _____

                                       Attorney for Plaintiff

Christopher Hoffman
COSTA IVONE, LLC #60565
Attorneys for Plaintiff
311 N. Aberdeen, #100 B
Chicago, Illinois 60607
(708)-400-0000
choffman@costaivone.com